UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>Jordan Rivera,<br><br>Defendant. | 15-CR-445 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from defendant Jordan Rivera, raising the question of whether a viable legal challenge can be brought to his firearms charge, presumably in light of *United States v. Davis*, 588 U.S. __ (2019). The Court reappoints Mr. Rivera's trial counsel, John Anthony Diaz, Esq., for the limited purpose of assisting him in determining whether a viable Davis-related challenge may be brought in his case. The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Rivera.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 19, 2021
    New York, New York

**15-CR-445-06**
**D&F**

Jordan Rivera
#74214-054
U.S.P. Coleman 1
P.O. Box 1033
Coleman, FL 33521

12, 17, 2020

TO: Honorable, Paul A. Engelmayer

RE: Jordan Rivera, Doc#0208 1:15CR00445-006

Dear Jodge,
The reason for this letter is, to ask the Court to appoint Me a Lawyer From the federal public defender under, 18 U.S.C. sec. 3006A" so that I could file a Motion to Figth my 924(c) Charge.

I Would Really Apprecete any help you could provide me with on this Matter.

I await for your respond on this legal Issue. THANK you,

Very Truly Yours,
Jordan Rivera
Pro Se

Johan Rivera # 17417-054
Federal Correctional Complex
P.O. Box 1033
Coleman, FL 33521

TAMPA FL
22 DEC 2020

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, N.Y. 10007