UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
                                                                        :
          -v-                                                  :    15-CR-445-06 (PAE)
                                                                        :
JORDAN RIVERA,                                                          :         ORDER
                                                                        :
                     Defendant.                                    :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

      IT IS HEREBY ORDERED that the defendant (USM # 74214-054) is remanded to the custody of the United States Marshals.

      SO ORDERED.

Dated: November 18, 2024
       New York, New York

                                                               PAUL A. ENGELMAYER
                                                                United States District Judge