UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

JORDAN RIVERA,

*Defendant.*

---

15 Cr. 445 (PAE)

ORDER

PAUL A. ENGELMAYER, U.S. District Judge:

IT IS HEREBY ORDERED THAT:

1. The Federal Bureau of Prisons ("BOP"), including the Metropolitan Detention Center ("MDC") Brooklyn, is directed to have defendant Jordan Rivera (Fed. Reg.No. 74214-054) undergo a mental health and psychiatric evaluation with a recommendation for treatment and medication, if deemed appropriate. Such evaluation shall take place at the earliest convenience of the MDC.

2. Defense counsel may be present for such evaluation and BOP is directed to provide defense counsel access for the purposes of attending such evaluation.

3. Any reports and documentation following such evaluation should be forwarded to the attention of U.S. Probation Officer Urshala Herald at the U.S. Probation Office, 500 Pearl Street, 7th Floor, New York, NY 10007. Telephone number: (917) 642-4800; Email: Urshala_Herald@nysp.uscourts.gov.

SO ORDERED.

Dated: November 19, 2024
New York, New York

*Paul A. Engelmayer*
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE