UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JORDAN RIVERA,

          Defendant.

15-CR-445-06 (PAE)

ORDER

For the reasons set forth on the record at the November 25, 2024 hearing in this matter, it is hereby

ORDERED that the defendant, JORDAN RIVERA, be released from the custody of the United States Marshals Service, by 10:30 a.m. on November 26, 2024 and escorted to the Probation Office located at the Courthouse for the United States District Court for the Southern District of New York located at 500 Pearl Street, New York, New York, 10007; and

IT IS FURTHER ORDERED that a member of the Probation Office will direct the defendant, JORDAN RIVERA, to enter INPATIENT SUBSTANCE ABUSE TREATMENT, as ordered by the Court on November 26, 2024; and

IT IS FURTHER ORDERED that the defendant shall continue to participate in INPATIENT SUBSTANCE ABUSE TREATMENT for up to six (6) months or to be determined in collaboration with the Probation Office and Odyssey House.

Dated: New York, New York
      November 25, 2024

*Paul A. Engelmayer*
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE