UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                           :
:
        -v-                                               :             15-CR-445-06 (PAE)
:
JORDAN RIVERA,                                              :                      ORDER
:
                     Defendant.            :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

      IT IS HEREBY ORDERED that the defendant (USM # 74214-054) is remanded to the custody of the United States Marshals.

      SO ORDERED.

Dated: December 17, 2024
       New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge