UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
UNITED STATES OF AMERICA,            :     **ORDER**
                                     :
    - v. -                          :
                                     :
JORDAN RIVERA,                       :     No. 15 Cr. 445-6 (PAE)
                                     :
        Defendant.             :
------------------------------------- X

    WHEREAS, a reported violation of the conditions of supervised release by the defendant, Jordan Rivera, is currently pending before this Court;

    AND WHEREAS, the Government has requested access to the case file maintained by the U.S. Probation Office for this District for the defendant, Jordan Rivera, including records of communications and supervising activity and all internal chronologies covering the period of Probation's supervision of the defendant since his most recent release from federal custody, *i.e.*, from January 3, 2024, to the present, so as to prepare for a likely upcoming hearing and to comply with the Government's obligations pursuant to the Federal Rules of Criminal Procedure; and *Brady v. Maryland*, 373 U.S. 83 (1963), *United States v. Giglio*, 405 U.S. 763 (1972), and their progeny;

    IT IS HEREBY ORDERED that the U.S. Probation Office for this District provide a copy of the case file maintained for the defendant, Jordan Rivera, including records of communications and supervising activity and all internal chronologies covering the period of Probation's supervision of the defendant since his most recent release from federal custody, *i.e.*, from January 3, 2024, to the present, to Assistant United States Attorney James G. Mandilk, for his review.

January 6, 2025

SO ORDERED:

*Paul A. Engelmayer*
Hon. Paul A. Engelmayer, U.S.D.J.

The Clerk of Court is requested to terminate the motion at Dkt. No. 1351.