UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JORDAN RIVERA,

Defendant.

15-CR-445-06 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court sets the following schedule:

- The Government shall file a letter, by **January 22, 2025**, identifying any unresolved factual disputes germane to sentencing.

- The Government's sentencing letter shall be filed by **January 24, 2025**.

- The defendant's sentencing letter shall be filed by **January 28, 2025**.

- Sentencing in this matter is scheduled for **January 30, 2025** at **10:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 16, 2025
New York, New York